1074

Douglas L. Leight et al., Plaintiffs, and John H. Masten, Appellant, v W7879 LLC et al., Respondents.

Submitted December 7, 2015; decided December 15, 2015

Motion by Metropolitan Council on Housing for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. One copy of the brief must be served and an original and two copies filed within seven days.

In the Matter of Monarch Consulting, Inc., et al., Respondents, v National Union Fire Insurance Company of Pittsburgh, PA, Appellant.

In the Matter of National Union Fire Insurance Company of Pittsburgh, PA, Appellant, v Priority Business Services, Inc., Formerly Known as Inland Valley Staffing Services, Respondent.

In the Matter of National Union Fire Insurance Company of Pittsburgh, PA, Appellant, v Source One Staffing, LLC, Respondent.

Submitted November 23, 2015; decided December 15, 2015

Motion by Dave Jones, California Insurance Commissioner, for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge Lippman taking no part.